UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AMRIT JUDD,

        Plaintiff,

 -against-

CHINA SOUTHERN AIRLINES COMPANY
LIMITED,

        Defendants.
-------------------------------------------------------------x

Docket No. 1:17-cv-09092-AKH

**WAIVER OF THE SERVICE OF SUMMONS**

To: Kreindler & Kreindler LLP
   750 Third Avenue, 32nd Floor
   New York, New York 10017

 I have received your request to accept service of a Summons in this action along with a copy of Plaintiff's Complaint & Jury Demand, Plaintiff's First Amended Complaint & Jury Demand, and a copy of this waiver form.

 I, or the entity I represent, agree to save the expenses of serving a Summons, Complaint, and Amended Complaint in this action.

 I understand that I, or the entity I represent, must file an Answer or a motion under Rule 12 within 60 days from December 7, 2017, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated: ___December 12, 2017___

                   _____
                   *Signature*

<u>China Southern Airlines Company Limited</u>
*Party waiving service of summons*

     Andrew J. Harakas/Clyde & Co US LLP
     _____
     *Printed Name*
      405 Lexington Ave.
     _____
     *Address*
      andrew.harakas@clydeco.us
     _____
     *Email Address*
      212-710-3920
     _____
     *Telephone Number*