UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

AMRIT JUDD,

                Plaintiff,

-against-

CHINA SOUTHERN AIRLINES COMPANY LIMITED,

                Defendant.
-------------------------------------------------------------------x

Docket No. 1:17-cv-09092-AKH

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel, that the above-caption action is voluntarily dismissed, without prejudice and without costs, against the defendant, CHINA SOUTHERN AIRLINES COMPANY LIMITED, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

KREINDLER & KREINDLER LLP

By: Erin R. Applebaum (EA9785)
750 Third Avenue, 32nd Floor
New York, New York 10017
(212) 973-3430
*Counsel for Plaintiff*
AMRIT JUDD

Dated: January 17, 2018

CLYDE & CO US LLP

By: Andrew J. Harakas
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900
*Counsel for Defendant*
CHINA SOUTHERN AIRLINES COMPANY LIMITED

Dated: January 17, 2018